UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY WEST, on behalf of herself and all other similarly situated<br><br>                Plaintiff,<br><br>- against -<br><br>RITE AID CORPORATION,<br><br>                Defendant. | No. 15 Civ. 02881 (CM)(JLC)<br><br>**JOINT NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that plaintiff Mary West and defendant Rite Aid Corporation, by and through their respective counsel of record (collectively, the "Parties"), have reached a settlement of the above-captioned case. The settlement will be memorialized in writing and a stipulation of dismissal with prejudice will be filed once the settlement is finalized.

Accordingly, the Parties respectfully request that all deadlines in the case remain suspended pending filing of the stipulation of dismissal with prejudice.

Dated: July 20, 2015.

                                  LEE LITIGATION GROUP, PLLC

                                  By: _____
                                      C.K. Lee
                                      Anne Seelig

                                  30 East 39th Street, Second Floor
                                  New York, NY 10016
                                  Tel: (212) 465-1180
                                  Fax: (212) 465-1181
                                  cklee@leelitigation.com

                                  *Attorneys for Plaintiff*
                                  MARY WEST

Dated: July 20, 2015.

PAUL HASTINGS LLP

By: _____
Stephen P. Sonnenberg
Jeffrey D. Wohl

75 East 55th Street
New York, NY 10022
Tel: (212) 318-6000
Fax: (212) 319-4090
stephensonnenberg@paulhastings.com
jeffwohl@paulhastings.com

*Attorneys for Defendant*
RITE AID CORPORATION